FILED: February 8, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1144
(8:18-cv-03546-PX)
(8:20-cv-02260-PX)

_____

ESTATE OF KE ZHENGGUANG

   Plaintiff/Petitioner - Appellee

v.

YU NAIFEN STEPHANY, a/k/a Stephany Yu, a/k/a Stephany Naifen Yu, a/k/a Stephany N. Dombrowski

   Defendant/Respondent - Appellant

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Greenbelt |
|---|---|
| Originating Case Number | 8:18-cv-03546-PX<br>8:20-cv-02260-PX |
| Date notice of appeal filed in originating court: | 02/06/2023 |
| Appellant | Yu Naifen Stephany |
| Appellate Case Number | 23-1144 |
| Case Manager | Emily Borneisen<br>804-916-2704 |