No. 23-1144

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

ESTATE OF KE ZHENGGUANG,

Plaintiff/Petitioner – Appellee

v.

YU NAIFEN STEPHANY, a/k/a Stephany Yu, a/k/a Stephany Naifen Yu, a/k/a Stephany N. Dombrowski,

Defendant/Respondent – Appellant

On Appeal from the United States District Court for the District of Maryland
(Case No. 8:18-cv-03546-PX; 8:20-cv-02260-PX)

## CONSENT MOTION TO MODIFY THE BRIEFING SCHEDULE

Pursuant to Federal Rule of Appellate Procedure 26(b) and Local Rules 27(b) and 31(c), Defendant/Respondent – Apppellant Yu Naifen Stephany, a/k/a Stephany Yu, a/k/a Stephany Naifen Yu, a/k/a Stephan N. Dombrowski ("Stephany Yu") files this Consent Motion to Modify the Briefing Schedule. This consent motion is being filed more than ten (10) days before the due date of the pleading for which an extension is sought. The background and reasons demonstrating good cause for the request are outlined below.

1. The Opening Brief and Joint Appendix in the matter are due on April 3, 2023.

2. The undersigned counsel has significant work and travel commitments that would make completing the Opening Brief by April 3 impracticable.

3. The undersigned has consulted with opposing counsel, Amiad Kushner, and proposed an extension of the briefing schedule. Mr. Kushner reported that his own travel and work commitments rendered the initial proposal difficult. The parties ultimately negotiated and agreed upon a schedule that involves a modest extension (the initial deadline is extended 16 days), and that navigates both sides' respective schedules.

4. In light of these facts, Defendant-Appellant respectfully requests that the following, agreed-upon modified schedule be approved:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Opening Brief and Joint Appendix | April 3, 2023 | April 19, 2023 |
| Response Brief | May 3, 2023 | May 24, 2023 |
| Reply Brief | Within 21 days of service of response brief | June 16, 2023 |

5. There have been no previous requests for modification of the briefing schedule.

6.	For good cause shown herein, Defendant-Appellant respectfully requests that the proposed modification to the briefing schedule be granted.

Dated: March 2, 2023                                  Respectfully submitted,

                                                       /s/  Charles Michael
                                                      Charles Michael
                                                      Steptoe & Johnson LLP
                                                      1114 Avenue of the Americas
                                                      New York, NY  10036
                                                      (212) 506-3900
                                                      (212) 506-3950 (fascimile)
                                                      cmichael@steptoe.com

## **CERTIFICATE OF COMPLIANCE**

     This Motion has been prepared using Microsoft Word 2019, Times New Roman font, 14-point proportional type size.

     The body of this motion, exclusive of the case caption, title, and signature block, contains no more than 5,200 words, specifically 261 words.

     I understand that a material misrepresentation can result in the Court's striking the brief and imposing sanctions. If the Court so requests, I will provide an electronic version of the brief and/or a copy of the word or line print-out.


|  March 2, 2023 | /s/ Charles Michael |
|---|---|
| Date | Charles Michael |

## **CERTIFICATE OF SERVICE**

      I, Charles Michael, certify that on this 2nd day of March, 2023 a copy of this ***Consent Motion to Modify the Briefing Schedule*** was served via CM/ECF upon Plaintiff/Petitioner-Appellee's Counsel.

                                              /s/ Charles Michael
                                              Charles Michael