FILED: March 2, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1144
(8:18-cv-03546-PX)
(8:20-cv-02260-PX)

_____

ESTATE OF KE ZHENGGUANG

    Plaintiff/Petitioner - Appellee

v.

YU NAIFEN STEPHANY, a/k/a Stephany Yu, a/k/a Stephany Naifen Yu, a/k/a Stephany N. Dombrowski

    Defendant/Respondent - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 04/19/2023

Opening brief due: 04/19/2023

Response brief due: 05/24/2023

Any reply brief due: 06/16/2023

    For the Court--By Direction

    /s/ Patricia S. Connor, Clerk