# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 23-1144     Caption: Estate of Ke Zhengguang v. Yu Stephany

Argument Session For Which You Are Scheduled: 1/23/2024-1/26/2024

Dates You Are Available To Argue in the Session (if any):

N/A

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

None.

Other Relevant Information:

Appellee's counsel is scheduled for (1) a jury trial before NDGA starting from 1/22/2024 (FT Global v. Future Fintech, 21-CV-594), (2) an oral argument before the 2nd Cir (Huzhou v. Qin, 23-747), and (3) a hearing before NY Supreme Court on 2/28/2024 (Liang v. Yan, 153501/2022).

Party(ies) You Represent:

Estate of Ke Zhengguang / Appellee

| 11/12/2023 | /s/ Amiad Kushner |
|---|---|
| Date | Counsel Signature |

11/29/2021 SCC