# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 18, 2023

_____

## RESPONSE REQUESTED - SIMILAR CASES
_____

No.  23-1144,       <u>Estate of Ke Zhengguang v. Yu Stephany</u>
                    8:18-cv-03546-PX, 8:20-cv-02260-PX

TO:     Estate of Ke Zhengguang
        Yu Naifen Stephany

RESPONSE DUE: 12/21/2023

Response is required to the notice requesting information regarding similar cases on or before 12/21/2023. Please use the following form to submit response: **[Disclosure - Similar Issues](#)**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Emily Borneisen, Deputy Clerk
804-916-2704