UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE – SIMILAR CASES

Appeal No. & Caption: 23-1144 Estate of Ke Zhengguang v. Yu Stephany

Please select the appropriate option below:

[✓] I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

[ ] I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

_____
_____
_____
_____
_____
_____

Signature: /s/                        Counsel for: Appellee Estate of Ke Zhengguang

Date: 12/19/2023